IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00621-MJW

WHITMAR EXPLORATION COMPANY, *an Oklahoma corporation,*

Plaintiff,

v.

XTO ENERGY, INC., *a Delaware corporation*,

Defendant.

## ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM

Entered by U.S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become familiar with the Pilot Program (see Docket No. 11).

**IT IS HEREBY ORDERED** that counsel shall comply with the First and Final Notice to Attorney(s) in Removed, Transferred or Other Cases (Docket No. 3) entered on March 26, 2014.

**IT IS FURTHER ORDERED that on or before April 22, 2015, the parties shall complete and file the Pilot Program Consent Form (see Docket No. 11), indicating either unanimous consent of the parties or that consent has been declined. Please note that this date may be earlier than the default deadlines contemplated by the Pilot Program.**

**IT IS FURTHER ORDERED** that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P.16(b) shall be held on:

> May 6, 2015 at 10:30 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel he/she should confer with opposing counsel and file a motion to reschedule the conference.  Absent exceptional circumstances, no request for rescheduling any appearance will be entertained unless a motion is filed no less than 5 business days in advance of the date of appearance.

**IT IS FURTHER ORDERED** that counsel for Defendant shall notify Plaintiff of the date and time of the Rule 16(b) scheduling/planning conference.

**IT IS FURTHER ORDERED** that counsel shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before 21 days prior to scheduling conference.  Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting.  No later than 5 business days prior to the Scheduling/Planning Conference, counsel shall file their proposed Scheduling Order **(in PDF)** in compliance with the ECF Filing Procedures.  In addition, on or before 14 days after the pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1).  Counsel/pro se parties shall prepare the proposed Scheduling Order as provided in D.C.COLO.LCivR 16.1 in accordance with the form and instructions which may be found through the links in D.C.COLO.LCivR 16.2 and 26.1(a).

All out-of-state counsel shall comply with D.C.COLO.LAttyR 3(a) prior to the Scheduling/Planning Conference.  It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.  Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures.  See D.C.COLO.LCivR 83.2.  Failure to comply with the identification requirement and security procedures will result in denial of entry into the courthouse.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to Plaintiff's counsel:

>Keith D. Tooley, Esq.
>Joseph C. Pierzchala, Esq.
>Welborn Sullivan Meck & Tooley, P.C.
>1125 17th Street, Suite 2200
>Denver, CO 80202

DONE AND SIGNED THIS 27th DAY OF MARCH, 2015.

>BY THE COURT:
>
>*s/Michael J. Watanabe*
>MICHAEL J. WATANABE
>United States Magistrate Judge