IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-00621-CMA-MJW

WHITMAR EXPLORATION COMPANY,
an Oklahoma corporation,

      Plaintiff,

v.

XTO ENERGY INC.,
a Delaware corporation,

      Defendant.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Notice and Joint Motion for Dismissal Without Prejudice (Doc. # 27), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE, each party to pay its own attorney fees and costs.

DATED: May ___29___, 2015

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge